# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1106

_____

United States of America

*Plaintiff - Appellee*

v.

Eric Allen Rhine

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: September 29, 2021
Filed: October 6, 2021
[Unpublished]

_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Eric Rhine pleaded guilty to conspiring to manufacture, distribute, and possess with intent to distribute heroin. 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846.

In an *Anders* brief, Rhine's counsel suggests that the district court[1] should have imposed a sentence below the mandatory minimum of 120 months under the so-called safety valve in 18 U.S.C. § 3553(f). *See Anders v. California*, 386 U.S. 738 (1967).

Upon careful review, we conclude that the district court did not clearly err in determining that the safety-valve reduction was unavailable on these facts. *See United States v. Soto*, 448 F.3d 993, 995–96 (8th Cir. 2006) (reviewing the district court's findings on the availability of a safety-valve reduction for clear error). As the court found, Rhine failed to provide complete and truthful information to investigators. *See* 18 U.S.C. § 3553(f)(5); *see also United States v. Sanchez-Gonzalez*, 643 F.3d 626, 630 (8th Cir. 2011) (stating that a district court may assess truthfulness by considering how a defendant's statements have changed).

We have also independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.